[No. 62442-3-I.   Division One.   September 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN MARIE PEACEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-00637-3, Richard J. Thorpe, J., entered September 10, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Leach, J.

[No. 62479-2-I.   Division One.   September 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL NIGHTINGALE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-00195-7, Ira Uhrig, J., entered September 24, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Ellington and Leach, JJ.

[Nos. 62502-1-I; 62503-9-I.   Division One.   September 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SERGEY CHEPURKO, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 08-8-00463-5, Larry E. McKeeman, J., entered September 26, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Leach, J.

[No. 62506-3-I.   Division One.   September 21, 2009.]

TINA ARMSTRONG, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-08342-1, Palmer Robinson, J., entered September 18, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.